1
2
3
4
5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                    AT SEATTLE
7
8    M.D.,                                          CASE NO.  C06-0763RSM
9              Plaintiff,                           MINUTE ORDER
10        v,
11   ALBERTO GONZALES, et al.,
12             Defendants.
13
14
15        The following Minute Order is made by direction of the Court, the Honorable Ricardo S.
16   Martinez, United States District Judge:
17        This matter is before the Court for consideration of plaintiff's motion for a temporary restraining
18   order (TRO).  The Court finds that the motion and attached declarations fail to meet the requirement for
19   issuance of a TRO without notice to the opposing party.  F.R.Civ. Proc. 65(b).  Accordingly, the Court
20   shall treat the motion as one for a preliminary injunction, and hereby sets the motion for a hearing on
21   Tuesday, June 6, 2006 at 11:00 am.  Defendants' response shall be due by 5:00 pm on Monday, June 5.
22        DATED this 1st day of June, 2006.
23                                                   BRUCE RIFKIN, Clerk
24
25                                                   By: /s/ Rhonda Stiles
26                                                   Deputy Clerk
27
28   MINUTE ORDER